IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BILL LIETZKE,<br>     Plaintiff,<br>     v.<br><br>REESE MCKINNEY, et al.,<br>     Defendants. | *<br><br>*<br><br>*<br>*** | <br><br>CIVIL ACTION NO. RDB-07-1061 |

**MEMORANDUM OPINION**

On April 24, 2007, Plaintiff, a resident of Montgomery, Alabama, filed this unsigned 42 U.S.C. § 1983 civil rights action for damages and miscellaneous relief complaining that Defendants Reese McKinney and D. T. Marshall violated his constitutional rights.[1] Paper No. 1. Assuming, *arguendo,* that there is federal subject matter jurisdiction over the claims presented herein and, if so, that they are not barred by the statute of limitations, the Court deems it appropriate to transfer the instant action pursuant to 28 U.S.C. § 1406(a).[2]

Under 28 U.S.C. § 1391(b), a civil action that is not founded solely on diversity of citizenship may be brought only in: (1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred....., or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought. The actions about which Plaintiff complains occurred in Montgomery, Alabama, and Plaintiff and Defendants reside in Montgomery, Alabama. The action has no connection to Maryland. Accordingly, venue is not proper in this Court and this case shall be transferred pursuant to 28 U.S.C. § 1406(a) to the United

---

[1] It is believed that McKinney and Marshall are both officers of the Montgomery County, Alabama Sheriff's Department

[2] In so ruling, this Court will not comment on the merit of Plaintiff's claims against the named parties.

States District Court for the Middle District of Alabama[3] for all further proceedings.[4]


Date: May 3, 2007                             /s/
                                              RICHARD D. BENNETT
                                              UNITED STATES DISTRICT JUDGE

---

[3] The docket for the U.S. Courts shows that Plaintiff previously filed a civil rights complaint for harassment against the City of Montgomery, Alabama. *See Lietzke v. City of Montgomery*, Civil Action No. MEF-03-584 (M.D. Ala. 2003). Defendant's motion to dismiss was granted by that court as to all federal claims. In addition, on October 4, 2006, Plaintiff filed a civil right complaint against the County of Montgomery and Officers McKinney and Marshall. *See Lietzke v. County of Montgomery, et al.*, Civil No. ST-06-1410 (D. Or. 2006). The case was dismissed for lack of personal jurisdiction. Finally, on December 18, 2006, he filed another civil rights complaint against the City of Montgomery and two police officers. *See Lietzke v. City of Montgomery, et al.*, Civil No. HA-06-1804 (D. Or. 2006). That case was dismissed with prejudice.

[4] Plaintiff has filed a Motion to Proceed In Forma Pauperis, with accompanying affidavit. Neither the Motion nor the affidavit are signed This Court deems it appropriate to leave such determination and/or assessment with the transferee court.